**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVIN ARMANDO RAMIREZ-SOLIS, ) | Case No. ED CV 26-2610 FMO (KES) |
| Petitioner, ) | |
| v. ) | **ORDER RE: BRIEFING SCHEDULE** |
| WARDEN DESERT VIEW FACILITY, <u>et al.</u>, ) | |
| Respondent. ) | |

On May 14, 2026, Marvin Armando Ramirez-Solis ("petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Dkt. 1, "Petition"). On May 17, 2026, petitioner filed an <u>Ex Parte</u> Application for Temporary Restraining Order. (Dkt. 8, "Application"). Based on the foregoing, IT IS ORDERED THAT:

1. The Court has reviewed the Application and converts it to an Application for a Preliminary Injunction ("PI Application"), <u>see</u> <u>Stuhlbarg Int'l Sales Co. v. John D. Brush & Co.</u>, 240 F.3d 832, 839 n. 7 (9th Cir. 2001), and issues the following briefing schedule.

2. Respondents shall file a combined response to the Petition and PI Application in accordance with the briefing schedule set forth in the General Order 26-05 (Dkt. 6). Failure to address each argument/claim raised in the Petition and/or PI Application may be treated as respondents conceding the merits of petitioner's argument/claim and/or that petitioner is entitled to the relief sought.

3.  Petitioner shall file a combined reply in support of his Petition and PI Application in accordance with the General Order 26-05 briefing schedule.

4.  Unless the court orders otherwise, the Petition and PI Application will be deemed submitted, without oral argument, on either:  (a) the day the opposition is filed, or due and not filed; or (b) the day any reply to the opposition is filed, or due and not filed.  The court may order further briefing or other proceedings, at any time, as appropriate.

5.  Petitioner shall not be removed from the Central District of California pending further order of the court.  Respondents are cautioned that sanctions may be imposed if respondents take any action impairing petitioner's ability to obtain complete relief.

Dated this 18th day of May, 2026.

/s/
Fernando M. Olguin
United States District Judge

2