**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVIN ARMANDO RAMIREZ-SOLIS, | Case No. ED CV 26-2610 FMO (KES) |
| Petitioner, | |
| v. | **ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS** |
| WARDEN DESERT VIEW FACILITY, et al., | |
| Respondents. | |

On July 2, 2026, the court granted petitioner's application for a preliminary injunction. (Dkt. 14, Court's Order of July 2, 2026, at 8).  In the same order, the court ordered the parties to meet and confer to determine what issues remain to be resolved with respect to the Petition.  (See id. at 9).  If the parties agreed that there was nothing further for the court to decide, they were ordered to file a stipulation and proposed dismissal order no later than July 13, 2026.  (Id.).  If the parties disagreed as to the remaining issues, then the parties were required to file a joint status report no later than July 13, 2026, identifying those issues, stating what briefing they would rely on, propose a schedule for any additional briefing, and indicate whether they consent to a Magistrate Judge for all purposes.  (See id.).  The court advised the parties that "[f]ailure to file a stipulation or a joint status report by the deadlines set forth above may be deemed as a concession that no further relief is available and that the action may be dismissed without prejudice."  (Id. at 9-10).

As of the filing date of this Order, the parties have not filed a stipulation or joint status report.  (See, generally, Dkt.).  Accordingly, IT IS ORDERED THAT the above-captioned case is **dismissed without prejudice**.  Judgment shall be entered accordingly.

Dated this 17th day of July, 2026.

/s/
_____
Fernando M. Olguin
United States District Judge
