JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVIN ARMANDO RAMIREZ-SOLIS,<br>Petitioner,<br>v.<br>WARDEN DESERT VIEW FACILITY, et al.,<br>Respondent. | Case No. ED CV 26-2610 FMO (KES)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 17th day of July, 2026.

/s/
Fernando M. Olguin
United States District Judge